UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA POWELL-LEE,

       Plaintiff,

v.                                                 Case No. 05-70318
                                                 Honorable Patrick J. Duggan
HCR MANOR CARE, HEALTH CARE
RETIREMENT CORP. OF AMERICA
d/b/a HEARTLAND HEALTH CARE
CENTER-PLYMOUTH COURT and
DARRYL ADAMS,

       Defendants.
_____/

**OPINION AND ORDER GRANTING DEFENDANTS' BILL OF COST**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 24, 2006.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                         U.S. DISTRICT COURT JUDGE

      Plaintiff filed this lawsuit against Defendants alleging violations of Michigan's Elliott-Larsen Civil Rights Act and Whistleblowers' Protection Act, as well as a claim alleging intentional infliction of emotional distress. Defendants subsequently filed a motion for summary judgment, which this Court granted on December 22, 2005. Judgment was entered on the same date, dismissing Plaintiff's complaint with prejudice.

      On January 4, 2006, Defendants submitted a request for costs in the amount of $661.50, comprised of $20 in fees of the Court and $641.50 in court reporter fees. The Clerk of the Court taxed Plaintiff those costs on January 13, 2006. Plaintiff filed

objections on January 18, 2006.

In her objections, Plaintiff only states that she "objects to the Taxed Bill of Cost in accordance with the Federal Court Rules."  Plaintiff fails to state why she objects. Plaintiff does not claim that Defendants have requested the taxation of inappropriate costs; nor does she identify any specific cost to which she objects.  Defendants in fact request costs appropriately taxed against Plaintiff and the amount of their request is reasonable.  *See* 28 U.S.C. § 1920.

Accordingly,

**IT IS ORDERED**, that Plaintiff is taxed the costs set forth in the Clerk of the Court's Taxed Bill of Cost.

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Herbert Sanders, Esq.
Karen Berkery, Esq.